IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | Chapter 11 |
|---|---|---|
| AMTROL HOLDINGS, INC., *et al.*[1] | : | Case No. 06-_____ ( ) |
| Debtors. | : | (Jointly Administered) |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The following is the consolidated list of creditors (the "List of Creditors") holding the thirty (30) largest unsecured claims against Amtrol Holdings, Inc. and certain of its subsidiaries, each a debtor and debtor-in-possession in the above-captioned cases (collectively, the "Debtors). The List of Creditors reflects estimated amounts owed by the Debtors as of December 14, 2006 and may not reflect the actual amounts owing by the Debtors as of the Petition Date.

The Debtors take no position at this time regarding whether any of the parties included in the List of Creditors are "insiders" of the Debtors, as that term is defined in section 101 (31) of title 11 of the United States Code ("Bankruptcy Code"), and the inclusion or exclusion of any party in this List of Creditors shall not constitute an admission by, nor shall it be binding on, the Debtors in any respect. The Debtors expressly reserve the right to, in their sole discretion, challenge the validity, priority and/or amount of any obligation reflected herein.

| Name of Creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| The Bank of New York Corporate Trust Division 222 Berkeley Street Boston, MA 02116 | Peter Murphy Vice President The Bank of New York Corporate Trust Division 222 Berkeley Street Boston, MA 02116 P: (617) 850-6422 F: (617) 351-2401 | Senior Subordinated Notes | | $97,849,000 |
| Thona Canada 1635 Boul Industrial Magog, PQ J1X 5B3 Canada | Don Picard Thona Canada 1635 Boul Industrial Magog, PQ J1X 5B3 Canada P: (819) 819-7802 F: (819)843-3501 | Trade Debt | | $823,966.45 |
| Spraylat Corporation 143 Sparks Avenue Pelham, NY 10803 | David Brooks Spraylat Corporation 143 Sparks Avenue Pelham, NY 10803 P: (914) 738-1600 F: (914) 712-2838 | Trade Debt | | $559,677.32 |

---

[1] Additional debtors include all of Amtrol Holdings, Inc.'s wholly-owned domestic subsidiaries: Amtrol Inc.; Water Soft Inc.; and Amtrol International Investments Inc.

| Creditor | Contact | Type | | Amount |
|---|---|---|---|---|
| Rand Whitney Container<br>455 Narragansett Park Drive<br>Pawtucket, RI 02861 | Adam Tominsky<br>Rand Whitney Container<br>455 Narragansett Park Drive<br>Pawtucket, RI 02861<br>P: (401) 729-7900<br>F: (401) 723-3710 | Trade Debt | | $302,706.86 |
| Blue Cross Blue Shield Of RI<br>444 Westminster Street<br>Providence, RI 02903-3279 | Celina Rosa<br>Blue Cross Blue Shield Of RI<br>444 Westminster Street<br>Providence, RI 02903-3279<br>P: (401) 459-1000<br>F: (401) 459-1885 | Trade Debt | | $271,120.47 |
| FW Webb Co.<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | Ted Brian<br>FW Webb Co.<br>160 Middlesex Turnpike<br>Bedford, MA 01730<br>P: (978) 937-9322<br>F: (978) 937-5522 | Trade Debt | | $250,736.91 |
| Workflow One<br>220 E. Monument Avenue<br>Dayton, OH 45402-1223 | Lisa Cassidy<br>Credit Dept.<br>Workflow One<br>220 E. Monument Avenue<br>Dayton, OH 45402-1223<br>P: (937) 630-8292<br>F: (937) 913-3040 | Trade Debt | | $199,402.69 |
| Smurfit Stone<br>700 Garrett Parkway<br>Lewisburg, TN 37091 | Will Childers<br>Smurfit Stone<br>700 Garrett Parkway<br>Lewisburg, TN 37091<br>P: (931) 359-4575<br>F: (931) 359-6670 | Trade Debt | | $173,289.49 |
| Macsteel Service Centers USA<br>Eastern Division<br>385 West Hollis Street<br>Nashua, NH 03060 | Bill Loveland<br>Macsteel Service Centers USA<br>385 West Hollis Street<br>Nashua, NH 03060<br>P: (603) 883-7731<br>F: (603) 886-0828 | Trade Debt | | $169,931.47 |
| Amerada Hess Corporation<br>One Hess Plaza<br>Woodbridge, NJ 07095 | Mary Young<br>Amerada Hess Corporation<br>One Hess Plaza<br>Woodbridge, NJ 07095<br>P: (800) 437-7265<br>F: (866) 239-5671 | Trade Debt | | $162,475.57 |
| Lutco Inc.<br>Thomas Smith Division<br>677 Cambridge Street<br>Worcester, MA 01610 | David Granquist<br>Lutco Inc.<br>Thomas Smith Divison<br>677 Cambridge Street<br>Worcester, MA 01610<br>P: (508) 756-6296<br>F: (508) 799-6296 | Trade Debt | | $162,154.30 |
| Goodyear Tire & Rubber Co<br>PO Box 3571<br>Akron, OH 44309-3571 | Bob Lytle<br>Goodyear Tire & Rubber Co<br>PO Box 3571<br>Akron, OH 44309-3571<br>P: (330) 796-4483<br>F: (330) 796-8161 | Trade Debt | | $146,169.89 |
| Mafco Incorporated<br>1203 North 6th Street<br>PO Box 1058<br>Rogers, AR 72757 | Bob Flanagan<br>Mafco Incorporated<br>1203 North 6th Street<br>PO Box 1058<br>Rogers, AR 72757<br>P: (479) 631-0404<br>F: (479) 631-3896 | Trade Debt | | $145,875.54 |
| Commercial Metal Forming<br>1744 Logan Avenue<br>Youngstown, OH 44501 | Al Miller<br>Commercial Metal Forming<br>1744 Logan Avenue<br>Youngstown, OH 44501<br>P: (800) 238-8958<br>F: (330) 740-8229 | Trade Debt | | $127,832.46 |

| Creditor | Contact | Type | | Amount |
|---|---|---|---|---|
| Crystal Stamping Corporation<br>PO Box I<br>Pawtucket, RI 02861 | Jim Dimillio<br>Crystal Stamping Corporation<br>PO Box I<br>Pawtucket, RI 02861<br>P: (401) 724-5880<br>F: (401) 727-3846 | Trade Debt | | $123,247.82 |
| Hindley Manufacturing Co.<br>9 Havens Street<br>PO Box 38<br>Cumberland, RI 02864 | Charles J. Hindley<br>Hindley Manufacturing Co.<br>9 Havens Street<br>PO Box 38<br>Cumberland, RI 02864<br>P: (401) 722-2550<br>F: (401) 722-3083 | Trade Debt | | $100,372.44 |
| Lincoln Electric<br>22801 Saint Clair Avenue<br>Cleveland, OH 44117-1199 | Jason Doody<br>Lincoln Electric<br>22801 Saint Clair Avenue<br>Cleveland, OH 44117-1199<br>P: (216) 481-8100<br>F: (216) 383-4720 | Trade Debt | | $94,993.58 |
| Wit & Co LTD<br>2545 Millikin Parkway<br>Decatur, IL 62526 | P: (217) 423-0399<br>F: (217) 423-0883 | Trade Debt | | $89,573.46 |
| Denman & Davis<br>1 Broad Street<br>PO Box 1979<br>Clifton, NJ 07015 | Rob Boucher<br>Denman & Davis<br>1 Broad Street<br>PO Box 1979<br>Clifton, NJ 07015<br>P: (973) 684-3900<br>F: (973) 684-8723 | Trade Debt | | $84,582.42 |
| Pallet One<br>d/b/a Isaacson Lumber Company<br>PO Box L<br>Livermore Falls, ME 04254 | Scott Caron<br>Pallet One<br>d/b/a Isaacson Lumber Company<br>PO Box L<br>Livermore Falls, ME 04254<br>P: (207) 897-5711<br>F: (207) 897-5713 | Trade Debt | | $75,176.97 |
| CDF Corporation<br>77 Industrial Park Road<br>Plymouth, MA 02360 | Joe Sullivan<br>CDF Corporation<br>77 Industrial Park Road<br>Plymouth, MA 02360<br>P: (800) 443-1920<br>F: (508) 747-3307 | Trade Debt | | $69,357.60 |
| Admiral Metals Incorporated<br>11 Forbes Road<br>Woburn, MA 01801 | Kristin Walker<br>Admiral Metals Incorporated<br>11 Forbes Road<br>Woburn, MA 01801<br>P: (781) 933-8300<br>F: (781) 937-4469 | Trade Debt | | $68,246.64 |
| Accurate Molded Products<br>459 Warwick Industrial Drive<br>Warwick, RI 02886-2460 | Howard Devine<br>Accurate Molded Products<br>459 Warwick Industrial Drive<br>Warwick, RI 02886-2460<br>P: (401) 739-2400<br>F: (401) 739-0150 | Trade Debt | | $68,104.90 |
| Metals USA<br>10 Tower Road<br>Seekonk, MA 02771 | Jim Hoffman<br>Metals USA<br>10 Tower Road<br>Seekonk, MA 02771<br>P: (508) 399-8500<br>F: (508) 399-6120 | Trade Debt | | $64,295.30 |
| New England Plastics<br>310 Salem Street<br>Woburn, MA 01801 | Jim Osborne<br>New England Plastics<br>310 Salem Street<br>Woburn, MA 01801<br>P: (781) 933-6004<br>F: (781) 933-2726 | Trade Debt | | $63,849.00 |

| Creditor | Contact | Type | | Amount |
|---|---|---|---|---|
| Wieland America Inc.<br>160 Reliable Parkway<br>Chicago, IL 60686 | Scott Annen<br>Wieland America Inc.<br>160 Reliable Parkway<br>Chicago, Il 60686<br>P: (847) 537-3990<br>F: (847) 537-4085 | Trade Debt | | $63,352.31 |
| Bamberger Polymers Inc.<br>Two Jericho Plaza<br>Suite 109<br>Jericho, NY 11753 | Gregg Falcone<br>Bamberger Polymers Inc.<br>Two Jericho Plaza<br>Suite 109<br>Jericho, NJ 11753<br>P: (516) 622-3600<br>F: (516) 622-3610 | Trade Debt | | $60,412.57 |
| Gunther Neumann<br>1 Ravens Way<br>W. Warwick, RI 02893 | P: (401) 828-2805<br>F: | Former Employees | | $218,306.00 |
| Kenneth Kirk<br>1211 Commodore Drive<br>New Smyrna Beach, FL | P: (386) 427-7603<br>F: | Former Employees | | $750,000.00 |
| Yoshikazu Fujiyoshi<br>318 Hemlock Drive<br>East Greenwich, RI 02818 | P: (401) 884-8403<br>F: | Former Employees | | $238,152.00 |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Joseph L. DePaula, the Chief Financial Officer of Amtrol Inc., and certain of its subsidiaries, each a debtor and debtor-in-possession in the above-captioned cases (collectively, the "Debtors), declare under penalty of perjury that I have read the foregoing List of Creditors Holding 30 Largest Unsecured Claims and that is it true and correct to the best of my information and belief.

Dated: December 15, 2006        Signature: _____

# LIST OF EQUITY SECURITY HOLDERS OF AMTROL HOLDINGS INC.

In accordance with Rules 1007(a)(1) and 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following information:

The following table sets forth information with respect to the beneficial ownership of Amtrol Holdings Inc. common stock or preferred stock as of March 30, 2006 by (i) each person known to the Debtor to beneficially own more than 5% of the Debtor's outstanding common stock, (ii) each of the company's directors and named executive officers and (iii) all directors and executive officers of the company as a group. Each share of the Debtor's preferred stock is convertible at any time into one share of the Debtor's common stock. Unless otherwise indicated below, the persons and entities named in the table have sole voting and investment power with respect to all shares beneficially owned.

| | Common Stock | | Preferred Stock | |
|---|---|---|---|---|
| **Name and Address of Beneficial Owner** | **Number of Shares** | **Percentage of Total** | **Number of Shares** | **Percentage of Total** |
| Cypress Merchant Banking Partners L.P.(a) (c) c/o The Cypress Group L.L.C. 65 East 55th Street, 28th Floor New York, NY 10022 | 847,127 | 86.6 | 95,076 | 93.0 |
| Cypress Offshore Partners L.P. (a) (c) c/o The Cypress Group L.L.C. 65 East 55th Street, 28th Floor New York, NY 10022 | 43,873 | 4.5 | 4,924 | 4.8 |
| John P. Cashman (b) | 40,517 | 4.1 | 2,235 | 2.2 |
| Larry T. Guillemette (b) | 6,166 | 0.6 | -- | -- |
| Christopher A. Laus | 3,200 | 0.3 | -- | -- |
| William Chohfi | 5,616 | 0.6 | | |
| Joseph L. DePaula | -- | -- | -- | -- |
| James A. Stern (a) | -- | -- | -- | -- |
| All directors and executive officers as a group (consisting of 6 persons) | 55,499 | 5.6 | 2,235 | 2.2 |

(a) Cypress Merchant Banking Partners L.P. and Cypress Offshore Partners L.P. are affiliates of The Cypress Group L.L.C. Mr. Stern is an executive of The Cypress Group L.L.C. and may be deemed to share beneficial ownership of the shares shown as beneficially owned by such Cypress entities. Each of such individuals disclaims beneficial ownership of such shares. See Item 10, "Directors and Executive Officers of the Company."

(b) Includes 23,281, 5,500 and 2,500 shares of Common Stock issuable upon exercise of options granted to Messrs. Cashman, Guillemette and Chohfi, respectively.

(c) Includes 57,046 and 2,954 shares of common stock issuable upon exercise of warrants granted to Cypress Merchant Banking Partners, L.P. and Cypress Offshore Partners, L.P.

# DECLARATION REGARDING
# LIST OF EQUITY SECURITY HOLDERS

      I, Larry T. Guillemette, am an authorized officer of the debtor in this case (the "Debtor"), and in such capacity, am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that the foregoing List of Equity Security Holders of the Debtor is true and correct to the best of my knowledge, information and belief.

Dated: December 18, 2006.

                                                                          Larry T. Guillemette
                                                                         Chairman, Chief Executive
                                                                         Officer and President