## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| WATER SOFT INC. | : | |
| Debtor. | : | Case No. 06-11448 (KG) |
| | : | |
| | : | |

## STATEMENT OF FINANCIAL AFFAIRS
## FOR WATER SOFT INC.

**EDWARDS ANGELL PALMER & DODGE LLP**
Stuart M. Brown (No. 4050)
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
919 North Market Street, 15th Floor
Wilmington, Delaware 19801

Counsel for the Debtors and Debtors-in-Possession

# GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the **"Schedules"**) and Statements of Financial Affairs (the **"SOFAs"** and together with the Schedules, the **"Bankruptcy Schedules"**) of Amtrol Holdings, Inc. (**"Holdings"**), Amtrol Inc. (**"Amtrol"**), Water Soft Inc. (**"Water Soft"**) and Amtrol International Investments Inc. (**"Amtrol International"** and, together with Holdings, Amtrol and Water Soft, the **"Debtors"**) have been prepared pursuant to section 521 of title 11 of the United States Code (the **"Bankruptcy Code"**) and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors and are unaudited. The information provided herein, except as otherwise noted, is as of the close of business on the eve of December 18, 2006 (the **"Petition Date"**). While the Debtors' management has made every reasonable effort to ensure that the Bankruptcy Schedules are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to financial data and other information contained in the Bankruptcy Schedules and inadvertent errors or omissions may exist. Moreover, because the Bankruptcy Schedules contain unaudited information which is subject to further review and potential adjustment, there can be no assurance that these Bankruptcy Schedules are complete and accurate. These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the **"Global Notes"**) comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of them.

1. The Debtors reserve all rights to amend the Bankruptcy Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Bankruptcy Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

2. The preparation of the Bankruptcy Schedules requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities at the date of the Bankruptcy Schedules and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

3. Some of the Debtors' scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Accordingly, the Bankruptcy Schedules do not accurately reflect the aggregate amount of the Debtors' liabilities.

4. The Debtors have sought to allocate liabilities between the pre-petition and post-petition periods based on the information from research that was conducted in connection with the preparation of the Bankruptcy Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. The Debtors also reserve the right to change the

attribution of liability from a particular Debtor to another to the extent additional information becomes available and amend the Bankruptcy Schedules without notice as applicable.

5.     Given the differences between the information requested in the Bankruptcy Schedules and the financial information utilized under generally accepted accounting principles in the United States (**"GAAP"**), the aggregate asset values and claim amounts set forth in the Bankruptcy Schedules do not reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

6.     It would be prohibitively expensive, unduly burdensome, and time-consuming to obtain current market valuations of the Debtors' property interests. Accordingly, to the extent any asset value is listed herein, unless otherwise indicated, net book values, rather than current market values, of the Debtors' interests in property are reflected on the applicable Bankruptcy Schedules. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value. Unless otherwise indicated, all asset amounts and claim amounts are listed as of the Petition Date.

7.     For purposes of Schedule B1, B2 and B3, Amtrol International and Holdings are holding companies that do not have ongoing business operations. Any de minimis amounts, if any, of cash, accounts, deposits or other similar personal property are recorded on Amtrol's books and records as set forth in Amtrol's Schedule B1, B2 and B3.

8.     For purposes of Schedule B23, all payments, withdrawals or distributions credited or given to an insider, including, without limitation, compensation in any form are included in SOFA 3(c). The costs of these payments have not been expressly allocated to each of the Debtors.

9.     Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. The descriptions provided on Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Bankruptcy Schedules shall be deemed a modification or interpretation of the terms of such agreements.

10.     The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. To the best of the Debtors knowledge, any such counterparties should be listed on Schedule F.

11.     The Debtors have listed only the trustee or administrative agent, rather than individual or beneficial holders, of any bank facility or debt instrument described in the Bankruptcy Schedules.

12.     Pursuant to various orders issued by the Court, the Debtors were authorized to pay certain outstanding pre-petition claims, including, but not limited to:  (i) claims relating to or held by common carriers and warehousemen; (ii) employee compensation, benefits, reimbursable business expenses and related administrative costs; (iii) sales and use taxes; (iv) claims related to customer programs; and (v) claims of certain priority and critical vendors. Even though certain of these claims have been paid, such claims have been listed on the Bankruptcy Schedules in the aggregate amounts the Debtors believe were owed as of the Petition Date.  To the extent such a claim is listed on the Bankruptcy Schedules, the Debtors do not waive any right to amend the Bankruptcy Schedules to reflect that such claim has been paid or subsequently object to such claims.

13.     In the ordinary course of their businesses, the Debtors apply credits against amounts otherwise due to vendors.  These credits arise because, among other matters, materials ordered and paid for may not be delivered, materials delivered are damaged or unusable, and vendors provide volume rebates and cash discounts.  Certain of these credits are subject to change.  Vendor claims are listed at the amounts entered on the Debtors' books and records, which may reflect creditors or allowances due from such creditors to the Debtors.  The Debtors reserve all of their rights respecting such credits and allowances.

14.     In connection with their business operations, the Debtors engage in certain intercompany transactions with each other.  The amounts set forth herein represent the amounts owed to or payable by each Debtor.

15.     For purposes of the Schedules, the Debtors have only scheduled claims and executory contracts for which the Debtors may be contractually and/or directly liable.  No claims have been scheduled for a Debtor that may have benefited directly or indirectly from a contractual relationship to which the Debtor was not a party.

16.     While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors reserve all of

their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. However, each Debtor reserves the right to assert that such agreements constitute executory contracts.

17. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

18. To the extent a co-debtor is listed on any schedule other than Schedule H, such information may not be repeated on Schedule H.

19. The Debtors reserve all of their rights with respect to causes of action they may have, and neither these Global Notes nor the Bankruptcy Schedules shall be deemed a waiver of any such causes of action. Furthermore, nothing contained in the Bankruptcy Schedules shall constitute a waiver of rights with respect to these Chapter 11 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

20. In the circumstances where the Bankruptcy Schedules require information regarding insiders and/or officers and directors, included herein are each Debtor's (a) directors (or persons in similar positions) and (b) employees. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

21. For purposes of SOFA question 3, certain payments to insiders in the 90 days prior to the Petition Date in response to question 3(b), are also included in the payments listed in response to question 3(c).

22. For purposes of SOFA question 3, outstanding amounts owed to such recipients of payments are listed in the Schedules.

23.     For purposes of SOFA question 4(b), no property of the Debtors has been attached, garnished or seized under any legal or equitable process within the one year immediately preceding the commencement of the case.  From time to time, in the ordinary course of their business, the Debtors are required by a court order to garnish wages from employee paychecks or payments otherwise due to vendors.  Pursuant to the order of this Court, dated December 20, 2006, authorizing the Debtors to pay prepetition wages, compensation and employee benefits, the Debtors continue to garnish and pay such wages to the appropriate third party.  Such employee or vendor garnishments have not been provided in response to SOFA question 4(b).

24.     For purposes of SOFA question 9, all payments made on behalf of each of the Debtors for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of these cases, were made by Amtrol through the Debtors' cash management system.  The costs of these services on behalf of each Debtor have not been expressly allocated to each Debtor.

25.     For purposes of SOFA question 13, the Debtors routinely incur setoffs from third parties during the ordinary course of business.  Setoffs in the ordinary course can result from various items including intercompany transactions, counterparty settlements, pricing discrepancies, returns, warranties and other disputes between the Debtors and third parties.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list all such normal setoffs.  Therefore, such normal setoffs are excluded from the Debtors' responses to question 13.

26.     For purposes of SOFA question 19(d), through March, 2006, the Debtors publicly filed their consolidated financial statements with the Securities and Exchange Commission and therefore the Debtors financial statements through March of 2006 were and are available to any party.  Also, during the: (i) Goldman Sale Process; (ii) the Recapitalization Process; (iii) the Stalking Horse Process; and (iv) the DIP Process (as defined in and as more fully set forth in the Affidavit of Larry T. Guillemette in Support of First Day Motions (the **"Guillemette Affidavit"**) [D.I. 2] filed in these cases), the Debtors provided financial statements to numerous potential purchasers, investors, lenders and other parties in interest.

27.     For purposes of SOFA question 21, the Debtors have not provided the home addresses of certain of the officers, directors and stockholders referenced therein.

28.     The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated,

modified, revised or re-categorized.  In no event shall the Debtors or their agents, attorneys and financial advisors be liable or to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether  foreseeable or not and however caused, even if the Debtors or their agents, attorneys and financial advisors are advised of the possibility of such damages.

# FORM 7 - STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

### District of Delaware

**In re: Water Soft Inc.**                                                    **Case No. 06-11448(KG)**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement.  Indicate payments, transfers and the like to minor children by stating "a minor child."  See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1.  Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | AMOUNT | | SOURCE |
|---|---|---|---|
| | $9,367,710.00 | | Ordinary Course Sales -- Fiscal Year 2004 (1/1/04 - 12/31/04) |
| | $10,638,403.00 | | Ordinary Course Sales -- Fiscal Year 2005 (1/1/05 - 12/31/05) |
| | $9,761,511.00 | | Ordinary Course Sales - Stub Period 2006 (1/1/06 - 12/18/06) |

***See Global Notes***

0611448070201120247242912

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | AMOUNT | SOURCE |
|---|---|---|
| | $1,976.00 | Bank Interest -- Fiscal Year 2005 (1/1/05 - 12/31/05) |

*See Global Notes*

**3. Payment to creditors**

*Complete a . or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| X | | | | |

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| | See attached SOFA 3B | | | |

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed.)

| NONE | NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| X | | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|---|
| | See attached SOFA 4A | | | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| X | | | |

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| X | | | |

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|---|
| X | | | |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|---|
| X | | | | |

## 7. Gifts

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|---|
| X | | | | |

**8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCE AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|---|
| X | | | |

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | See SOFA 9 for Amtrol Inc. | | |

**10. Payment to creditors**

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF TRANSFERREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|---|
| X | | | |

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NONE | NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| X | | | |

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|---|
| X | | | |

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO THE BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY. |
|---|---|---|---|---|
| X | | | | |

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|---|
| X | | | |

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NONE | NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|---|
| X | | | |

**15. Prior address of debtor**

If the debtor has moved within the **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| NONE | ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|---|
| X | | | |

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NONE | NAME |
|---|---|
| X | |

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may

be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| NONE | SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|------|----------------------|---------------------------------------|----------------|-------------------|
| X    |                      |                                       |                |                   |

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| NONE | SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|------|----------------------|---------------------------------------|----------------|-------------------|
| X    |                      |                                       |                |                   |

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NONE | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|------|---------------------------------------|---------------|-----------------------|
| X    |                                       |               |                       |

### 18. Nature, location and name of business

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation , partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full – or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|------|------------------|-----------------------------------|--------------------|------------------------------------------|
| X    |                  |                                   |                    |                                          |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NONE | NAME | ADDRESS |
|------|------|---------|
| X    |      |         |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NONE | NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|---|
| | Larry Guillemette | 1400 Division Road West Warwick, RI 02893 | 9/14/98 - Present |
| | Joseph DePaula | 1400 Division Road West Warwick, RI 02893 | 4/1/01 - Present |
| | Michael Lecours | 1400 Division Road West Warwick, RI 02893 | 12/18/00 - Present |
| | Don LaFleur | 1400 Division Road West Warwick, RI 02893 | 10/13/97 - Present |
| | Joseph Shapiro | 1400 Division Road West Warwick, RI 02893 | 1/4/00 - Present |

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| | | |
|---|---|---|
| Ernst & Young | Kevin Higgins 40 Westminster Street Providence, RI 02903 | 1/1/04 - Present |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NONE | NAME | ADDRESS |
|---|---|---|
| | Joseph DePaula | 1400 Division Road West Warwick, RI 02893 |

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS | DATE ISSUED |
|---|---|---|

*See Global Notes*

## 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| NONE | DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|---|
| | 5/15/05 | Jeff Erickson | $959,000.00 |
| **Book value** | | | |
| | 4/20/06 | Jeff Erickson | $1,026,000.00 |
| **Book value** | | | |

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| NONE | DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|---|
| | 6/15/05 | Jeff Erickson<br>1400 Division Rd.<br>West Warwick, RI 02893 |
| | 4/20/06 | Jeff Erickson<br>1400 Division Rd.<br>West Warwick, RI 02893 |

## 21 . Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NONE | NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|---|
| X | | | |

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NONE | NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|---|
| | See attached SOFA 21B | | |

## 22 . Former partners, officers, directors and shareholders

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NONE | NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|---|
| X | | | |

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|---|
| | Albert D. Indelicato<br>118 Woodland Road<br>Hampton, NH 03842 | Director, President & CEO | 1/18/06 |
| | Lynn A. Taylor<br>AMTROL Inc., 1400 Division Road<br>West Warwick, RI 02893 | Asst. Secretary | 12/18/06 |
| | Michael H. Lecours<br>AMTROL Inc., 1400 Division Road<br>West Warwick, RI 02893 | Asst. Treasurer | 12/18/06 |

**23 . Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|---------------------------------------------|---------------------------|--------------------------------|
|      | See SOFA 23 for Amtrol Inc. |  |  |

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NONE | NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER(EIN) |
|------|----------------------------|--------------------------------------|
|      | Amtrol Holdings, Inc. | 05-0493693 |

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NONE | NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER(EIN) |
|------|----------------------|--------------------------------------|
| X    |  |  |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PAYMENT NO. | PAYMENT DATE | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ACE HARDWARE CORP | ATTN: MARY PEREZ | 2200 KENSINGTON COURT | | OAK BROOK | IL | 60523 | 102628 | 12/12/06 | $1,500.00 |
| ADEDGE TECHNOLOGIES INC | | 5152 BELLE WOOD COURT | SUITE A | BUFORD | GA | 30518 | 308927 | 9/29/06 | $3,600.00 |
| ADEDGE TECHNOLOGIES INC | | 5152 BELLE WOOD COURT | SUITE A | BUFORD | GA | 30518 | 309068 | 11/17/06 | $3,600.00 |
| ADEDGE TECHNOLOGIES INC | | 5152 BELLE WOOD COURT | SUITE A | BUFORD | GA | 30518 | 309117 | 12/1/06 | $3,600.00 |
| ALLIED WASTE SERVICES | ALLIED #226 | PO BOX 9001099 | | LOUISVILLE | KY | 40290 | 308948 | 10/6/06 | $221.61 |
| ALLIED WASTE SERVICES | ALLIED #226 | PO BOX 9001099 | | LOUISVILLE | KY | 40290 | 309033 | 11/3/06 | $237.60 |
| ALLIED WASTE SERVICES | ALLIED #226 | PO BOX 9001099 | | LOUISVILLE | KY | 40290 | 309118 | 12/1/06 | $429.44 |
| ANDERSON METALS CORPORATION INC | | PO BOX 34200 | | KANSAS CITY | MO | 64120 | 308967 | 10/13/06 | $401.19 |
| ANTHEM | | PO BOX 790442 | | ST LOUIS | MO | 63179 | 308949 | 10/6/06 | $3,329.66 |
| ANTHEM | | PO BOX 790442 | | ST LOUIS | MO | 63179 | 308983 | 10/20/06 | $3,493.61 |
| ANTHEM | | PO BOX 790442 | | ST LOUIS | MO | 63179 | 309089 | 11/22/06 | $3,917.85 |
| AQUA TREATMENT SERVICE INC | | 194 HEMPT ROAD | | MECHANICSBURG | PA | 17055 | 308892 | 9/22/06 | $171.64 |
| AQUA TREATMENT SERVICE INC | | 194 HEMPT ROAD | | MECHANICSBURG | PA | 17055 | 309001 | 10/27/06 | $1,028.08 |
| AQUA TREATMENT SERVICE INC | | 194 HEMPT ROAD | | MECHANICSBURG | PA | 17055 | 309054 | 11/9/06 | $72.75 |
| AQUA TREATMENT SERVICE INC | | 194 HEMPT ROAD | | MECHANICSBURG | PA | 17055 | 309067 | 11/13/06 | $1,972.14 |
| AT&T | | PO BOX 830019 | | BALTIMORE | MD | 21283 | 308968 | 10/13/06 | $582.44 |
| AT&T | | PO BOX 830019 | | BALTIMORE | MD | 21283 | 309069 | 11/17/06 | $675.53 |
| AULDAN COMPANY | | 3066 NOBLET ROAD | | MANSFIELD | OH | 44903 | 308928 | 9/29/06 | $1,500.40 |
| AULDAN COMPANY | | 3066 NOBLET ROAD | | MANSFIELD | OH | 44903 | 308950 | 10/6/06 | $532.40 |
| AULDAN COMPANY | | 3066 NOBLET ROAD | | MANSFIELD | OH | 44903 | 308969 | 10/13/06 | $958.32 |
| AULDAN COMPANY | | 3066 NOBLET ROAD | | MANSFIELD | OH | 44903 | 309002 | 10/27/06 | $658.24 |
| AULDAN COMPANY | | 3066 NOBLET ROAD | | MANSFIELD | OH | 44903 | 309034 | 11/3/06 | $1,384.24 |
| AULDAN COMPANY | | 3066 NOBLET ROAD | | MANSFIELD | OH | 44903 | 309070 | 11/17/06 | $609.84 |
| AULDAN COMPANY | | 3066 NOBLET ROAD | | MANSFIELD | OH | 44903 | 309090 | 11/22/06 | $96.80 |
| AULDAN COMPANY | | 3066 NOBLET ROAD | | MANSFIELD | OH | 44903 | 309119 | 12/1/06 | $1,282.60 |
| BUREAU OF MOTOR VEHICLES | | NONEPA REGISTRATION RENEWAL | PO BOX 183089 | COLUMBUS | OH | 43218 | 309091 | 11/22/06 | $34.82 |
| C & H DISTRIBUTORS INC | | 770 SOUTH 70TH STREET | | MILWAUKEE | WI | 53214 | 309138 | 12/8/06 | $409.80 |
| CEI | | PO BOX 740 | | CIRCLEVILLE | OH | 43113 | 308970 | 10/13/06 | $6,073.00 |
| CEI | | PO BOX 740 | | CIRCLEVILLE | OH | 43113 | 309071 | 11/17/06 | $6,073.00 |
| CEI | | PO BOX 740 | | CIRCLEVILLE | OH | 43113 | 309139 | 12/8/06 | $6,073.00 |
| CHEMETRICS INC | | 4295 CATLETT RD | | CALVERTON | VA | 20138 | 308929 | 9/29/06 | $94.00 |
| CHISWICK TRADING INC | ATT: A/R | 500 MAIN STREET | | GROTON | MA | 01471 | 308984 | 10/20/06 | $1,764.48 |
| CHISWICK TRADING INC | ATT: A/R | 500 MAIN STREET | | GROTON | MA | 01471 | 309120 | 12/1/06 | $239.03 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 308893 | 9/22/06 | $1,123.19 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 308951 | 10/6/06 | $12,518.06 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 308971 | 10/13/06 | $2,983.02 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 308985 | 10/20/06 | $518.53 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 309003 | 10/27/06 | $949.00 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 309035 | 11/3/06 | $2,233.09 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 309055 | 11/9/06 | $30,672.56 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 309072 | 11/17/06 | $5,659.85 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 309092 | 11/22/06 | $624.95 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 309121 | 12/1/06 | $72.00 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 309140 | 12/8/06 | $15,381.11 |
| CLACK CORPORATION | | PO BOX 88618 | | MILWAUKEE | WI | 53288 | 309154 | 12/13/06 | $13,364.42 |
| COLEMAN RUSSELL & ASSOCIATES | | PO BOX 100217 | 949 ALTON PARKWAY | BIRMINGHAM | AL | 35210 | 102605 | 9/29/06 | $31.34 |
| COLEMAN RUSSELL & ASSOCIATES | C/O B RUSSELL | PO BOX 100217 | | BIRMINGHAM | AL | 35210 | 308913 | 9/29/06 | $704.64 |
| COLEMAN RUSSELL & ASSOCIATES | | PO BOX 100217 | 949 ALTON PARKWAY | BIRMINGHAM | AL | 35210 | 102613 | 10/31/06 | $264.16 |
| COLEMAN RUSSELL & ASSOCIATES | C/O B RUSSELL | PO BOX 100217 | | BIRMINGHAM | AL | 35210 | 309019 | 10/31/06 | $112.25 |
| COLEMAN RUSSELL & ASSOCIATES | C/O B RUSSELL | PO BOX 100217 | | BIRMINGHAM | AL | 35210 | 309105 | 11/30/06 | $715.89 |
| CONTAINERCRAFT INC | | 144 PLYMOUTH STREET | | LEXINGTON | OH | 44904 | 308894 | 9/22/06 | $5,125.71 |
| CONTAINERCRAFT INC | | 144 PLYMOUTH STREET | | LEXINGTON | OH | 44904 | 308952 | 10/6/06 | $1,466.13 |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PAYMENT NO. | PAYMENT DATE | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| CONTAINERCRAFT INC | | 144 PLYMOUTH STREET | | LEXINGTON | OH | 44904 | 309036 | 11/3/06 | $708.95 |
| CONTAINERCRAFT INC | | 144 PLYMOUTH STREET | | LEXINGTON | OH | 44904 | 309073 | 11/17/06 | $441.45 |
| CONTAINERCRAFT INC | | 144 PLYMOUTH STREET | | LEXINGTON | OH | 44904 | 309122 | 12/1/06 | $6,014.23 |
| CRAIG FALKNER | | 424 CAMELIA TRAIL | | ST AUGUSTINE | FL | 32086 | 308974 | 10/13/06 | $1,737.49 |
| CRAIG FALKNER | | 424 CAMELIA TRAIL | | ST AUGUSTINE | FL | 32086 | 308988 | 10/20/06 | $2,889.33 |
| CRAIG FALKNER | | 424 CAMELIA TRAIL | | ST AUGUSTINE | FL | 32086 | 309007 | 10/27/06 | $402.03 |
| CRAIG FALKNER | | 424 CAMELIA TRAIL | | ST AUGUSTINE | FL | 32086 | 309125 | 12/1/06 | $4,524.34 |
| CRAIG FALKNER | | 424 CAMELIA TRAIL | | ST AUGUSTINE | FL | 32086 | 309143 | 12/8/06 | $1,637.03 |
| CULLIGAN QUALITY WATER | | 350 SO MAIN ST | | MANSFIELD | OH | 44901 | 308930 | 9/29/06 | $28.48 |
| CULLIGAN QUALITY WATER | | 350 SO MAIN ST | | MANSFIELD | OH | 44901 | 309004 | 10/27/06 | $62.48 |
| CULLIGAN QUALITY WATER | | 350 SO MAIN ST | | MANSFIELD | OH | 44901 | 309037 | 11/3/06 | $15.48 |
| DAUB, ANTHONY | | 905 HICKORY LANE | | MANSFIELD | OH | 44905 | 308972 | 10/13/06 | $149.08 |
| DAUB, ANTHONY | | 905 HICKORY LANE | | MANSFIELD | OH | 44905 | 309123 | 12/1/06 | $178.45 |
| DJC SALES COMPANY LP | | PO BOX 153430 | | IRVING | TX | 72015 | 308914 | 9/29/06 | $412.91 |
| DJC SALES COMPANY LP | | PO BOX 153430 | | IRVING | TX | 72015 | 309020 | 10/31/06 | $510.46 |
| DJC SALES COMPANY LP | | PO BOX 153430 | | IRVING | TX | 72015 | 309106 | 11/30/06 | $780.70 |
| ELDON JAMES CORP | | PO BOX 2665 | | LOVELAND | CO | 80539 | 309074 | 11/17/06 | $81.60 |
| EMBARQ | | PO BOX 740463 | | CINCINNATI | OH | 45274-0463 | 308953 | 10/6/06 | $1,797.19 |
| EMBARQ | | PO BOX 660068 | | DALLAS | TX | 75266 | 309038 | 11/3/06 | $1,770.57 |
| EMBARQ | | PO BOX 660068 | | DALLAS | TX | 75266 | 309141 | 12/8/06 | $1,773.75 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 308895 | 9/22/06 | $10,112.63 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 308931 | 9/29/06 | $2,907.16 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 308973 | 10/13/06 | $15,548.68 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 308986 | 10/20/06 | $2,146.24 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 308905 | 10/27/06 | $16,133.42 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 309039 | 11/3/06 | $6,564.79 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 309056 | 11/9/06 | $3,762.60 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 309075 | 11/17/06 | $543.06 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 309093 | 11/22/06 | $17,224.07 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 309124 | 12/1/06 | $2,915.28 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 309142 | 12/8/06 | $13,636.50 |
| ENPRESS LLC | | 34495 MELINZ PARKWAY | | EASTLAKE | OH | 44095 | 309153 | 12/13/06 | $2,617.60 |
| EXCALIBUR MFG CORP | | 16186 FLIGHT PATH DRIVE | | BROOKSVILLE | FL | 34604 | 308966 | 10/11/06 | $1,305.00 |
| EXCALIBUR MFG CORP | | 16186 FLIGHT PATH DRIVE | | BROOKSVILLE | FL | 34604 | 308987 | 10/20/06 | $2,180.00 |
| EXCALIBUR MFG CORP | | 16186 FLIGHT PATH DRIVE | | BROOKSVILLE | FL | 34604 | 309006 | 10/27/06 | $629.19 |
| FERRELL GAS | | PO BOX 173940 | | DENVER | CO | 80217 | 308896 | 9/22/06 | $108.92 |
| FERRELL GAS | | PO BOX 173940 | | DENVER | CO | 80217 | 308932 | 9/29/06 | $185.90 |
| FERRELL GAS | | PO BOX 173940 | | DENVER | CO | 80217 | 308989 | 10/20/06 | $112.97 |
| FERRELL GAS | | PO BOX 173940 | | DENVER | CO | 80217 | 309057 | 11/9/06 | $116.01 |
| FERRELL GAS | | PO BOX 173940 | | DENVER | CO | 80217 | 309144 | 12/8/06 | $187.17 |
| FIRESTONE FASPRINT INC | | 1139 CLAREMONT AVE | PO BOX 790 | ASHLAND | OH | 44805 | 309076 | 11/17/06 | $79.66 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 308897 | 9/22/06 | $30,286.38 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 308933 | 9/29/06 | $577.45 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 308954 | 10/6/06 | $22,878.82 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 308975 | 10/13/06 | $22,746.16 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 308990 | 10/20/06 | $25,554.03 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 309008 | 10/27/06 | $25,618.90 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 309040 | 11/3/06 | $17,578.98 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 309058 | 11/9/06 | $13,790.11 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 309077 | 11/17/06 | $8,742.56 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 309094 | 11/22/06 | $1,542.48 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 309126 | 12/1/06 | $11,950.51 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 309145 | 12/8/06 | $34,719.56 |
| FLECK CONTROLS | | PO BOX 91955 | | CHICAGO | IL | 60693 | 309155 | 12/13/06 | $12,965.18 |
| FW WEBB CO | | 160 MIDDLESEX TURNPIKE | | BEDFORD | MA | 01730 | 308898 | 9/22/06 | $200.00 |
| FW WEBB CO | | 160 MIDDLESEX TURNPIKE | | BEDFORD | MA | 01730 | 308934 | 9/29/06 | $3,482.64 |
| GE OSMONICS | | 5951 CLEARWATER DRIVE | | MINNETONKA | MN | 55343 | 308899 | 9/22/06 | $3,524.24 |
| GE OSMONICS | | 5951 CLEARWATER DRIVE | | MINNETONKA | MN | 55343 | 308955 | 10/6/06 | $338.59 |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PAYMENT NO. | PAYMENT DATE | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GE OSMONICS | | 5951 CLEARWATER DRIVE | | MINNETONKA | MN | 55343 | 308976 | 10/13/06 | $224.64 |
| GE OSMONICS | | 5951 CLEARWATER DRIVE | | MINNETONKA | MN | 55343 | 309041 | 11/3/06 | $3,467.60 |
| GE OSMONICS | | 5951 CLEARWATER DRIVE | | MINNETONKA | MN | 55343 | 309095 | 11/22/06 | $2,392.08 |
| GOULDS PUMPS INC | | PO BOX 371630 | | PITTSBURGH | PA | 15250 | 308900 | 9/22/06 | $16,018.56 |
| GOULDS PUMPS INC | | PO BOX 371630 | | PITTSBURGH | PA | 15250 | 308977 | 10/13/06 | $16,018.56 |
| GRAINGER | | DEPT 175 - 814741864 | | PALATINE | IL | 60038 | 309042 | 11/3/06 | $57.70 |
| GRAINGER | | DEPT 175 - 814741864 | | PALATINE | IL | 60038 | 309127 | 12/1/06 | $588.00 |
| GRAVER TECHNOLOGIES | | PO BOX 91494 | | CHICAGO | IL | 60693 | 309128 | 12/1/06 | $1,200.00 |
| GREAT LAKES INTERNATIONAL | | 1905 KEARNEY AVENUE | | RACINE | WI | 53403 | 309043 | 11/3/06 | $507.78 |
| GREAT LAKES SALES COMPANY | | PO BOX 75543 | | CLEVELAND | OH | 44101 | 308915 | 9/29/06 | $1,051.98 |
| GREAT LAKES SALES COMPANY | | PO BOX 75543 | | CLEVELAND | OH | 44101 | 309021 | 10/31/06 | $2,036.76 |
| GREAT LAKES SALES COMPANY | | PO BOX 75543 | | CLEVELAND | OH | 44101 | 309107 | 11/30/06 | $1,739.09 |
| GRH COMPANY INC | | PO BOX 95 | | EAST LIVERPOOL | OH | 43920 | 309078 | 11/17/06 | $137.69 |
| GUS Z ASSOCIATES | | 299 SCHOOLHOUSE ROAD | | ALBANY | NY | 12203 | 308916 | 9/29/06 | $313.50 |
| GUS Z ASSOCIATES | | 299 SCHOOLHOUSE ROAD | | ALBANY | NY | 12203 | 309022 | 10/31/06 | $1,112.82 |
| HACH COMPANY INC | | 2207 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | 308956 | 10/6/06 | $539.50 |
| HACH COMPANY INC | | 2207 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | 309079 | 11/17/06 | $102.30 |
| HARRINGTON INDUSTRIAL PLASTICS INC | | 10151 BUNSEN WAY | | LOUISVILLE | KY | 40299 | 308901 | 9/22/06 | $250.00 |
| HARRINGTON INDUSTRIAL PLASTICS INC | | 10151 BUNSEN WAY | | LOUISVILLE | KY | 40299 | 308935 | 9/29/06 | $251.00 |
| HARRINGTON INDUSTRIAL PLASTICS INC | | 10151 BUNSEN WAY | | LOUISVILLE | KY | 40299 | 308957 | 10/6/06 | $351.00 |
| HARRINGTON INDUSTRIAL PLASTICS INC | | 10151 BUNSEN WAY | | LOUISVILLE | KY | 40299 | 308978 | 10/13/06 | $450.89 |
| HARRINGTON INDUSTRIAL PLASTICS INC | | 10151 BUNSEN WAY | | LOUISVILLE | KY | 40299 | 309044 | 11/3/06 | $8.23 |
| HARRINGTON INDUSTRIAL PLASTICS INC | | 10151 BUNSEN WAY | | LOUISVILLE | KY | 40299 | 309080 | 11/17/06 | $366.25 |
| HARRINGTON INDUSTRIAL PLASTICS INC | | 10151 BUNSEN WAY | | LOUISVILLE | KY | 40299 | 309096 | 11/22/06 | $124.57 |
| HARRINGTON INDUSTRIAL PLASTICS INC | | 10151 BUNSEN WAY | | LOUISVILLE | KY | 40299 | 309146 | 12/8/06 | $260.36 |
| HARRY WARREN INC | | 1243 WEST COLONIAL DRIVE | | ORLANDO | FL | 32804 | 308919 | 9/29/06 | $2,918.37 |
| HARRY WARREN INC | HARRY WARREN LLC | 1243 WEST COLONIAL DRIVE | | ORLANDO | FL | 32804 | 308918 | 9/29/06 | $1,579.15 |
| HARRY WARREN INC | HUNT WARREN OF GEORGIA LLC | 1243 WEST COLONIAL DRIVE | | ORLANDO | FL | 32804 | 308917 | 9/29/06 | $1,033.90 |
| HARRY WARREN INC | | 1243 WEST COLONIAL DRIVE | | ORLANDO | FL | 32804 | 309025 | 10/31/06 | $5,534.99 |
| HARRY WARREN INC | HARRY WARREN LLC | 1243 WEST COLONIAL DRIVE | | ORLANDO | FL | 32804 | 309024 | 10/31/06 | $1,048.38 |
| HARRY WARREN INC | HUNT WARREN OF GEORGIA LLC | 1243 WEST COLONIAL DRIVE | | ORLANDO | FL | 32804 | 309023 | 10/31/06 | $1,941.49 |
| HARRY WARREN INC | | 1243 WEST COLONIAL DRIVE | | ORLANDO | FL | 32804 | 309110 | 11/30/06 | $2,009.23 |
| HARRY WARREN INC | HARRY WARREN LLC | 1243 WEST COLONIAL DRIVE | | ORLANDO | FL | 32804 | 309109 | 11/30/06 | $910.69 |
| HARRY WARREN INC | HUNT WARREN OF GEORGIA LLC | 1243 WEST COLONIAL DRIVE | | ORLANDO | FL | 32804 | 309108 | 11/30/06 | $1,284.64 |
| HYDRO SYSTEMS | | 161 ATWATER STREET | | PLANTSVILLE | CT | 06479 | 308936 | 9/29/06 | $213.00 |
| HYDRO SYSTEMS | | 161 ATWATER STREET | | PLANTSVILLE | CT | 06479 | 309045 | 11/3/06 | $351.36 |
| HYDRO SYSTEMS | | 161 ATWATER STREET | | PLANTSVILLE | CT | 06479 | 309059 | 11/9/06 | $81.41 |
| HYDRO SYSTEMS | | 161 ATWATER STREET | | PLANTSVILLE | CT | 06479 | 309081 | 11/17/06 | $351.36 |
| INVENSYS | | DEPT CH 10184 | | PALATINE | IL | 60055 | 308937 | 9/29/06 | $7,290.24 |
| INVENSYS | | DEPT CH 10184 | | PALATINE | IL | 60055 | 309082 | 11/17/06 | $3,110.40 |
| JAEGER PRODUCTS INC | | PO BOX 974298 | | DALLAS | TX | 75397 | 309046 | 11/3/06 | $707.20 |
| JOHN DEERE LANDSCAPES | | 12387 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693 | 308912 | 9/25/06 | $1,979.25 |
| KAHLS TELECOMMUNICATIONS INC | | 2740 LEXINGTON AVENUE | | MANSFIELD | OH | 44904 | 308938 | 9/29/06 | $365.09 |
| KAHLS TELECOMMUNICATIONS INC | | 2740 LEXINGTON AVENUE | | MANSFIELD | OH | 44904 | 308991 | 10/20/06 | $69.39 |
| LABELMASTER | | PO BOX 46402 | | CHICAGO | IL | 60646 | 308939 | 9/29/06 | $349.00 |
| LAMAR PACKAGING SUPPLIES INC | | PO BOX 653 | | WADSWORTH | OH | 44281 | 309047 | 11/3/06 | $308.55 |
| LAMOTTE CHEMICAL PRODUCTS COMPANY | | PO BOX 329 | RT 213 NORTH | CHESTERTOWN | MD | 21620 | 308902 | 9/22/06 | $229.37 |
| LAMOTTE CHEMICAL PRODUCTS COMPANY | | PO BOX 329 | RT 213 NORTH | CHESTERTOWN | MD | 21620 | 308940 | 9/29/06 | $491.32 |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PAYMENT NO. | PAYMENT DATE | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| LAMOTTE CHEMICAL PRODUCTS COMPANY | | PO BOX 329 | RT 213 NORTH | CHESTERTOWN | MD | 21620 | 308958 | 10/6/06 | $56.55 |
| LAMOTTE CHEMICAL PRODUCTS COMPANY | | PO BOX 329 | RT 213 NORTH | CHESTERTOWN | MD | 21620 | 309009 | 10/27/06 | $382.64 |
| LAMOTTE CHEMICAL PRODUCTS COMPANY | | PO BOX 329 | RT 213 NORTH | CHESTERTOWN | MD | 21620 | 309060 | 11/9/06 | $83.58 |
| MAFCO INCORPORATED | | PO BOX 1058 | | ROGERS | AR | 72757 | 309147 | 12/8/06 | $502.99 |
| MANSFIELD WAREHOUSE LTD | | 240 B TAPPAN DRIVE NORTH | | MANSFIELD | OH | 44906 | 308941 | 9/29/06 | $9,956.64 |
| MANSFIELD WAREHOUSE LTD | | 240 B TAPPAN DRIVE NORTH | | MANSFIELD | OH | 44906 | 308947 | 10/3/06 | $4,782.34 |
| MANSFIELD WAREHOUSE LTD | | 240 B TAPPAN DRIVE NORTH | | MANSFIELD | OH | 44906 | 308992 | 10/20/06 | $1,191.93 |
| MANSFIELD WAREHOUSE LTD | | 240 B TAPPAN DRIVE NORTH | | MANSFIELD | OH | 44906 | 309048 | 11/3/06 | $10,640.00 |
| MANSFIELD WAREHOUSE LTD | | 240 B TAPPAN DRIVE NORTH | | MANSFIELD | OH | 44906 | 309129 | 12/1/06 | $11,612.67 |
| MATTSON/WITT PRECISION PRODUCTS INC | | 28W005 INDUSTRIAL AVENUE | | BARRINBTON | IL | 60010 | 308993 | 10/20/06 | $14,395.78 |
| MATTSON/WITT PRECISION PRODUCTS INC | | 28W005 INDUSTRIAL AVENUE | | BARRINBTON | IL | 60010 | 309049 | 11/3/06 | $772.64 |
| MAY SALES COMPANY | ATTN: GEORGE A MAY | 6030 CLARION CIRCLE | | MINNETONKA | MN | 55343 | 102606 | 9/29/06 | $1,058.60 |
| MAY SALES COMPANY | ATTN: GEORGE A MAY | 6030 CLARION CIRCLE | | MINNETONKA | MN | 55343 | 102614 | 10/31/06 | $1,061.52 |
| MAY SALES COMPANY | ATTN: GEORGE A MAY | 6030 CLARION CIRCLE | | MINNETONKA | MN | 55343 | 102623 | 11/30/06 | $1,331.87 |
| MAZZIE INJECTOR CORP | | 500 ROOSTER DRIVE | | BAKERSFIELD | CA | 93307 | 308979 | 10/13/06 | $29.40 |
| MAZZIE INJECTOR CORP | | 500 ROOSTER DRIVE | | BAKERSFIELD | CA | 93307 | 309097 | 11/22/06 | $29.40 |
| MEDCENTRAL HEALTH SYSTEM | | PO BOX 8197 | | MANSFIELD | OH | 44901 | 308994 | 10/20/06 | $114.00 |
| MID ATLANTIC SALES INC | | 1813 AMYCLAE DRIVE | | BEL AIR | MD | 21015 | 308920 | 9/29/06 | $383.43 |
| MID ATLANTIC SALES INC | | 1813 AMYCLAE DRIVE | | BEL AIR | MD | 21015 | 308921 | 9/29/06 | $20.65 |
| MID ATLANTIC SALES INC | | 1813 AMYCLAE DRIVE | | BEL AIR | MD | 21015 | 309026 | 10/31/06 | $1,422.59 |
| MID ATLANTIC SALES INC | | 1813 AMYCLAE DRIVE | | BEL AIR | MD | 21015 | 309027 | 10/31/06 | $592.15 |
| MID ATLANTIC SALES INC | | 1813 AMYCLAE DRIVE | | BEL AIR | MD | 21015 | 309111 | 11/30/06 | $1,094.73 |
| MID ATLANTIC SALES INC | | 1813 AMYCLAE DRIVE | | BEL AIR | MD | 21015 | 309112 | 11/30/06 | $28.57 |
| MILLIRON WASTE MGT. | | 2384 ST | RT 39 NW | MANSFIELD | OH | 44903 | 308959 | 10/6/06 | $201.92 |
| MILLIRON WASTE MGT. | | 2384 ST | RT 39 NW | MANSFIELD | OH | 44903 | 309050 | 11/3/06 | $201.92 |
| MILLIRON WASTE MGT. | | 2384 ST | RT 39 NW | MANSFIELD | OH | 44903 | 309061 | 11/9/06 | $201.35 |
| MILLIRON WASTE MGT. | | 2384 ST | RT 39 NW | MANSFIELD | OH | 44903 | 309130 | 12/1/06 | $209.60 |
| MILTON ROY | | PO BOX 13460 | | NEWARK | NJ | 07188 | 308942 | 9/29/06 | $243.00 |
| MILTON ROY | | PO BOX 13460 | | NEWARK | NJ | 07188 | 309010 | 10/27/06 | $438.00 |
| MILTON ROY | | PO BOX 13460 | | NEWARK | NJ | 07188 | 309131 | 12/1/06 | $247.70 |
| MILTON ROY | | PO BOX 13460 | | NEWARK | NJ | 07188 | 309148 | 12/8/06 | $205.16 |
| MONOFLEX | | PO BOX 600 | | BECHTELSVILLE | PA | 19505 | 308903 | 9/22/06 | $2,588.69 |
| MOPAC | MID OHIO PACKAGING | 23641 NETWORK PLACE | | CHICAGO | IL | 60673 | 308960 | 10/6/06 | $3,726.00 |
| MRM INC | DBA SFE ENTERPRISES | PO BOX 480677 | | KANSAS CITY | MO | 64148 | 308922 | 9/29/06 | $212.37 |
| MRM INC | DBA SFE ENTERPRISES | PO BOX 480677 | | KANSAS CITY | MO | 64148 | 309028 | 10/31/06 | $520.48 |
| MRM INC | DBA SFE ENTERPRISES | PO BOX 480677 | | KANSAS CITY | MO | 64148 | 309113 | 11/30/06 | $21.96 |
| MT BUSINESS TECHNOLOGIES INC | | PO BOX 37 | 1150 NATIONAL PARKWAY | MANSFIELD | OH | 44901 | 308904 | 9/22/06 | $36.50 |
| MT BUSINESS TECHNOLOGIES INC | | PO BOX 37 | 1150 NATIONAL PARKWAY | MANSFIELD | OH | 44901 | 309011 | 10/27/06 | $35.03 |
| MT BUSINESS TECHNOLOGIES INC | | PO BOX 37 | 1150 NATIONAL PARKWAY | MANSFIELD | OH | 44901 | 309098 | 11/22/06 | $56.58 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 102604 | 9/25/06 | $18,341.07 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 308911 | 9/25/06 | $15,856.47 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 102609 | 10/2/06 | $2,800.60 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 308946 | 10/2/06 | $2,470.48 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 102610 | 10/6/06 | $66.00 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 308961 | 10/6/06 | $81.00 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 102611 | 10/10/06 | $6,177.63 |

2/1/2007 12:03 PM
00038969

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PAYMENT NO. | PAYMENT DATE | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 308965 | 10/10/06 | $5,531.72 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 308982 | 10/16/06 | $8,899.86 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 102612 | 10/24/06 | $9,958.02 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 309000 | 10/24/06 | $7,911.59 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 102617 | 10/31/06 | $324.11 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 309032 | 10/31/06 | $1,527.92 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 102618 | 11/7/06 | $11,036.04 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 309053 | 11/7/06 | $14,073.07 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | RI | 14228 | 102619 | 11/9/06 | $101.00 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 309062 | 11/9/06 | $131.50 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 102621 | 11/20/06 | $187.76 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 309088 | 11/20/06 | $6,133.74 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 102622 | 11/27/06 | $13,190.41 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 309104 | 11/27/06 | $5,082.90 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 102626 | 12/5/06 | $1,867.24 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 309136 | 12/5/06 | $6,228.29 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 309149 | 12/8/06 | $12,866.67 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 102629 | 12/12/06 | $16,187.13 |
| NATIONAL TRAFFIC SERVICE | | 151 JOHN JAMES AUDUBON PARKWAY | | AMHERST | NY | 14228 | 309157 | 12/13/06 | $836.19 |
| OSBORNE COMPANY | | 6672 PATTERSON PASS RD | | LIVERMORE | CA | 94550 | 308995 | 10/20/06 | $165.00 |
| PETTY CASH | DIVISION OF AMTROL | 1400 DIVISION ROAD | | WEST WARWICK | RI | 02893 | 308943 | 9/29/06 | $425.37 |
| PETTY CASH | DIVISION OF AMTROL | 1400 DIVISION ROAD | | WEST WARWICK | RI | 02893 | 309150 | 12/8/06 | $227.56 |
| PLASTICAN INC | | PO BOX 847953 | | BOSTON | MA | 02284 | 308996 | 10/20/06 | $19,561.40 |
| PRINT CENTERS OF OHIO INC | | 36 WEST THIRD STREET | PO BOX 517 | MANSFIELD | OH | 44901 | 308997 | 10/20/06 | $80.06 |
| PRINT CENTERS OF OHIO INC | | 36 WEST THIRD STREET | PO BOX 517 | MANSFIELD | OH | 44901 | 309051 | 11/3/06 | $44.84 |
| PRINT CENTERS OF OHIO INC | | 36 WEST THIRD STREET | PO BOX 517 | MANSFIELD | OH | 44901 | 309063 | 11/9/06 | $80.06 |
| PRO PRODUCTS LLC | | PO BOX 12667 | | FORT WAYNE | IN | 46864 | 309012 | 10/27/06 | $143.52 |
| PRO SOURCE SALES | | 1351 RIVERBANK ROAD | | STANFORD | CT | 06903 | 308923 | 9/29/06 | $2,189.84 |
| PRO SOURCE SALES | | 1351 RIVERBANK ROAD | | STANFORD | CT | 06903 | 309029 | 10/31/06 | $1,384.98 |
| PRO SOURCE SALES | | 1351 RIVERBANK ROAD | | STANFORD | CT | 06903 | 309114 | 11/30/06 | $2,695.53 |
| PULSAFEEDER | | PO BOX 91072 | | CHICAGO | IL | 60693 | 309013 | 10/27/06 | $82.97 |
| PULSAFEEDER | | PO BOX 91072 | | CHICAGO | IL | 60693 | 309099 | 11/22/06 | $765.07 |
| PULSAFEEDER | | PO BOX 91072 | | CHICAGO | IL | 60693 | 309132 | 12/1/06 | $63.14 |
| REP RITE BURK | | 2369 WATERS DRIVEQ | | MENDOTA HEIGHTS | MN | 55120 | 308924 | 9/29/06 | $1,933.65 |
| REP RITE BURK | | 2369 WATERS DRIVEQ | | MENDOTA HEIGHTS | MN | 55120 | 309030 | 10/31/06 | $1,770.76 |
| REP RITE BURK | | 2369 WATERS DRIVEQ | | MENDOTA HEIGHTS | MN | 55120 | 309115 | 11/30/06 | $707.16 |
| REX PIPE & SUPPLY | | PO BOX 74041-S | | CLEVELAND | OH | 44194 | 309083 | 11/17/06 | $112.32 |
| ROYAL PLASTICS | | 9410 PINENEEDLE DRIVE | | MENTOR | OH | 44060 | 309014 | 10/27/06 | $3,926.16 |
| RUSCO INC | | 13360 CHAMBORD ST | | BROOKSVILLE | FL | 34613 | 308905 | 9/22/06 | $30.24 |

2/1/2007 12:03 PM
00038969

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PAYMENT NO. | PAYMENT DATE | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| RUSCO INC | | 13360 CHAMBORD ST | | BROOKSVILLE | FL | 34613 | 309084 | 11/17/06 | $1,922.40 |
| RUSCO INC | | 13360 CHAMBORD ST | | BROOKSVILLE | FL | 34613 | 309100 | 11/22/06 | $28.35 |
| S & J WOOD PRODUCTS | | 1493 CHEW ROAD | | MANSFIELD | OH | 44903 | 308998 | 10/20/06 | $1,000.00 |
| SCRANTON GILLETTE COMMUNICATIONS | | 380 E NORTHWEST HWYSUITE 200 | | DES PLAINES | IL | 60016 | 308960 | 10/6/06 | $2,980.00 |
| SELECT SALES INC | | 5528 BELMONT ROAD | | DOWNERS GROVE | IL | 60515 | 102607 | 9/29/06 | $9,897.44 |
| SELECT SALES INC | | 5528 BELMONT ROAD | | DOWNERS GROVE | IL | 60515 | 102615 | 10/31/06 | $9,430.41 |
| SELECT SALES INC | | 5528 BELMONT ROAD | | DOWNERS GROVE | IL | 60515 | 102624 | 11/30/06 | $9,935.69 |
| STABECK SALES AND MKTG | | 3415 KILMER LANE NORTH | | PLYMOUTH | MN | 55441 | 102608 | 9/29/06 | $5,752.02 |
| STABECK SALES AND MKTG | | 3415 KILMER LANE NORTH | | PLYMOUTH | MN | 55441 | 102616 | 10/31/06 | $8,226.83 |
| STABECK SALES AND MKTG | | 3415 KILMER LANE NORTH | | PLYMOUTH | MN | 55441 | 102620 | 11/9/06 | $550.00 |
| STABECK SALES AND MKTG | | 3415 KILMER LANE NORTH | | PLYMOUTH | MN | 55441 | 102625 | 11/30/06 | $6,874.28 |
| STAPLES BUSINESS ADVANTAGE | | DEPT BOS | PO BOX 30851 | HARTFORD | CT | 06150 | 309085 | 11/17/06 | $129.82 |
| STAPLES BUSINESS ADVANTAGE | | DEPT BOS | PO BOX 30851 | HARTFORD | CT | 06150 | 309151 | 12/8/06 | $258.89 |
| STRUCTURAL FIBERS | | PO BOX 931851 | | CLEVELAND | OH | 44193 | 308906 | 9/22/06 | $813.09 |
| STRUCTURAL FIBERS | | PO BOX 931851 | | CLEVELAND | OH | 44193 | 308944 | 9/29/06 | $3,698.76 |
| STRUCTURAL FIBERS | | PO BOX 931851 | | CLEVELAND | OH | 44193 | 308963 | 10/6/06 | $153.79 |
| STRUCTURAL FIBERS | | PO BOX 931851 | | CLEVELAND | OH | 44193 | 308980 | 10/13/06 | $3,912.46 |
| STRUCTURAL FIBERS | | PO BOX 931851 | | CLEVELAND | OH | 44193 | 309052 | 11/3/06 | $928.78 |
| STRUCTURAL FIBERS | | PO BOX 931851 | | CLEVELAND | OH | 44193 | 309086 | 11/17/06 | $640.46 |
| STRUCTURAL FIBERS | | PO BOX 931851 | | CLEVELAND | OH | 44193 | 309133 | 12/1/06 | $5,266.11 |
| STRUCTURAL FIBERS | | PO BOX 931851 | | CLEVELAND | OH | 44193 | 309156 | 12/13/06 | $3,097.12 |
| SYBRON CHEMICALS | | PO BOX 404802 | | ATLANTA | GA | 30384 | 309015 | 10/27/06 | $15,487.50 |
| TERRACON CORP | | 5 BOYNTON ROAD | | HOLLISTON | MA | 01746 | 309101 | 11/22/06 | $63.00 |
| THE CLEANING LADY | | 190 N STEWART RD | | MANSFIELD | OH | 44905 | 308907 | 9/22/06 | $210.76 |
| THE CLEANING LADY | | 190 N STEWART RD | | MANSFIELD | OH | 44905 | 308945 | 9/29/06 | $247.68 |
| THE CLEANING LADY | | 190 N STEWART RD | | MANSFIELD | OH | 44905 | 309016 | 10/27/06 | $247.68 |
| THE CLEANING LADY | | 190 N STEWART RD | | MANSFIELD | OH | 44905 | 309134 | 12/1/06 | $309.60 |
| TRIDICO | | 162 NORTH DIAMOND STREET | | MANSFIELD | OH | 44902 | 308908 | 9/22/06 | $285.00 |
| UNISOURCE | | 525 N NELSON RD | | COLUMBUS | OH | 43219 | 309017 | 10/27/06 | $159.06 |
| VECTOR SECURITY | | PO BOX 89462 | | CLEVELAND | OH | 44101 | 309102 | 11/22/06 | $81.00 |
| WEDECO IDEAL HORIZONS | | PO BOX 371630 | | PITTSBURGH | PA | 15250 | 309087 | 11/17/06 | $152.00 |
| WELL-MATE | | PO BOX 931851 | | CLEVELAND | OH | 44193-5111 | 309064 | 11/9/06 | $25,802.00 |
| WESTERN SOUTHERN LIFE | SPECIAL MODES GROUP | PO BOX 1119 | | CINCINNATI | OH | 45201 | 308981 | 10/13/06 | $135.48 |
| WESTERN SOUTHERN LIFE | SPECIAL MODES GROUP | PO BOX 1119 | | CINCINNATI | OH | 45201 | 309065 | 11/9/06 | $135.48 |
| WILLIAM A MATZKE | | 22145 68TH AVENUE SOUTH | | KENT | WA | 98032 | 308925 | 9/29/06 | $1,910.80 |
| WILLIAM A MATZKE | | 22145 68TH AVENUE SOUTH | | KENT | WA | 98032 | 309031 | 10/31/06 | $3,898.62 |
| WILLIAM A MATZKE | | 22145 68TH AVENUE SOUTH | | KENT | WA | 98032 | 309116 | 11/30/06 | $3,432.35 |
| WORKFLOW ONE | | PO BOX 644039 | | PITTSBURGH | PA | 15264 | 308909 | 9/22/06 | $3,239.19 |
| WORKFLOW ONE | | PO BOX 644039 | | PITTSBURGH | PA | 15264 | 308926 | 9/28/06 | $2,014.88 |
| WORKFLOW ONE | | PO BOX 644039 | | PITTSBURGH | PA | 15264 | 308964 | 10/6/06 | $2,302.65 |
| WORKFLOW ONE | | PO BOX 644039 | | PITTSBURGH | PA | 15264 | 308999 | 10/20/06 | $5,621.95 |
| WORKFLOW ONE | | PO BOX 644039 | | PITTSBURGH | PA | 15264 | 309018 | 10/27/06 | $6,328.21 |
| WORKFLOW ONE | | PO BOX 644039 | | PITTSBURGH | PA | 15264 | 309066 | 11/9/06 | $675.00 |
| WORKFLOW ONE | | PO BOX 644039 | | PITTSBURGH | PA | 15264 | 309103 | 11/22/06 | $77.50 |
| WORKFLOW ONE | | PO BOX 644039 | | PITTSBURGH | PA | 15264 | 309152 | 12/8/06 | $678.83 |
| YANKEE SUPPLY COMPANY INC | | 2140 HARTFORD AV | | JOHNSTON | RI | 02919 | 308910 | 9/22/06 | $102.00 |
| ZATKOFF SEALS & PACKING | | PO BOX 486 | | FARMINGTON | MI | 48332 | 309135 | 12/1/06 | $434.83 |

| CAPTION OF SUIT | CASE NUMBER | NATURE OF PROCEEDING | COURT | COURT | STATUS OR DISPOSITION |
|---|---|---|---|---|---|
| JAMES & SUSAN BUCKLEY VS. AMTROL INC. & WATER SOFT INC. | FEDERAL COURT - CA # 1:00 CV2738;  OHIO STATE CASE IN CUYAHOGA CTY. CT. OF COMMON PLEASE - CA # 450273;  EEOC - CA #220A200288 FILED 12/6/01 | ALLEGED AGE DISCRIMINATION; ANTITRUST VIOLATION CLAIM; WRONGFUL DISCHARGE CLAIM; PROMISSORY ESTOPPEL; BREACH OF CONTRACT; EQUITABLE ESTOPPEL; UNJUST ENRICHMENT | FEDERAL COURT AND OHIO STATE CASE IN CUYAHOGA CTY. CT. OF COMMON PLEAS | OHIO | FEDERAL CLAIM DISMISSED; AWAITING POSSIBLE APPEAL TO STATE CLAIM - CASE HAS BEEN STAYED SINCE 2001 |

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|---|---|---|---|---|
| AMTROL INC. | 1400 DIVISION ROAD | | WEST WARWICK | RI | 02893 | SHAREHOLDER | 100% COMMON |
| JOSEPH L. DEPAULA | WATER SOFT INC. | 1400 DIVISION ROAD | WEST WARWICK | RI | 02893 | DIRECTOR, EXECUTIVE VICE PRESIDENT, CFO, SECRETARY & TREASURER | N/A |
| LARRY T. GUILLEMETTE | WATER SOFT INC. | 1400 DIVISION ROAD | WEST WARWICK | RI | 02893 | DIRECTOR, CEO, PRESIDENT, PRESIDENT & CHAIRMAN OF THE BOARD | N/A |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Water Soft Inc.                                                                              Case No. 06-11448(KG)

# Declaration Concerning Debtors' Statement of Financial Affairs

I, Joseph DePaula, Director, Executive Vice President, CFO, Secretary & Treasurer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___2/1/2007_____          Signature: _____/ s / Joseph DePaula_____

                                                                                                **Joseph DePaula**

                                                                                                **Director, Executive Vice President, CFO, Secretary & Treasurer**

-------------------------------------------------------------------------------------------------------------------------------------------------

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.§§ 152 and 3571.**